[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-11781

_____

D. C. Docket No. 06-03087-CV-RWS-1



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 5, 2010
JOHN LEY
CLERK

BOB PETERSON,
individually and on behalf of,
FU'S GOLD, LLC,
JOHN USHER,
DEBORAH USHER,
individually and on behalf of,
FULL PLATE, LLC,
JEFF GOLDT,
individually and on behalf of,
WE 3, INC.,
TONY WONG,

Plaintiffs-
Counter-Defendants-
Appellants,

ONE BIG MAMA'S, LLC,
TWO BIG MAMA'S, LLC,
HOWARD GOLDT,
H&J GOLDT CORP.,
MIKE HARGREAVES, II,
AMER ABUGHERIR,
individually and on behalf of,
CENTRAL FLORIDA LAND INVESTMENTS, INC.,
RAM003, LLC,
DAVID A. WEINBERG,
individually and on behalf of,

WONG FU'S NOODLE HOUSE, INC.,

Plaintiffs-Appellants,

THREE BIG MAMA'S, LLC, et al.,

Plaintiffs,

EDMUND H. WATKINS, III, et al.,

Plaintiffs-
Counter-Defendants,

versus

H. MARTIN SPROCK, III,
DARYL DOLLINGER,
RAVING BRANDS HOLDINGS, INC.,
MAMA FU'S NOODLE HOUSE, INC.,
MAMA FU'S PEACHTREE, LLC, et al.,

Defendants-
Counter-Claimants-
Appellees,

CORPORATE JOHN DOES, X,Y,Z,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(April 5, 2010)

2

Before BIRCH and BARKETT, Circuit Judges, and BUCKLEW,[*] District Judge.

PER CURIAM:

After careful review of the record and briefs of the parties, as well as having had the benefit of oral argument, we AFFIRM the judgment of the district court.

---

[*]Honorable Susan C. Bucklew, United States District Judge for the Middle District of Florida, sitting by designation.